FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 APR -6 PM 3:43

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06MJ35 |
| | ) | |
| vs. | ) | |
| | ) | ORDER TO SEAL |
| DALE GILES, and | ) | COMPLAINT |
| CHARMAR BROWN, | ) | |
| | ) | |
| Defendants | ) | |

IT IS ORDERED that Plaintiff's Motion to Seal (Filing #_____) is hereby granted.

Dated this _6th_ day of April, 2006

BY THE COURT:

_____
THOMAS D. THALKEN
United States Magistrate Judge